# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

CHRISTINA M. VEST, Personal Representative obo the Estate of Timothy C. Hoffman,

    *Plaintiff,*

v.

KNAUF GIPS KG, *et al.*,

    *Defendants*.

No. 2:21-cv-896-JES-DAB

## NOTICE OF SETTLEMENT

Plaintiff, Christina Vest, Personal Representative on behalf of the Estate of Timothy C. Hoffman and Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. (collectively, the "Parties"), through their respective undersigned counsel, provide notice that the Parties have reached a settlement on all material terms, which will be memorialized in a written agreement.  The Parties anticipate finalizing the written settlement agreement within the next ten days.  In light of the Parties' settlement of this matter, the trial of this matter, which is currently scheduled to begin during the week of March 25, 2024, can be canceled and all other previously scheduled deadlines and any pending motions should be terminated.  Furthermore, the Parties anticipate filing a Stipulation of Dismissal with Prejudice of this matter within the next 14 days. Accordingly, the Parties request that the Court

- 1 -

direct the Clerk to administratively close the case pending further Order.

Dated: March 18, 2024

Respectfully submitted,

DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Telephone: (205) 533-9500

By:   /s/ James V. Doyle
      JAMES V. DOYLE
      jim.doyle@doylefirm.com
      JAMES V. DOYLE, JR.
      (Admitted *pro hac vice*)
      jimmy@doylefirm.com

*Counsel for Plaintiff*

FISHMAN HAYGOOD, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: 504.556.5549

By:   */s/ Kerry J. Miller*
      KERRY J. MILLER
      (Admitted *pro hac vice*)
      kmiller@fishmanhaygood.com
      DANIEL J. DYSART
      (Admitted *pro hac vice*)
      ddysart@fishmanhaygood.com
      REBEKKA C. VEITH
      (Admitted *pro hac vice*)
      rveith@fishmanhaygood.com
      MICHAEL R. DODSON
      (Admitted *pro hac vice*)
      mdodson@fishmanhaygood.com

STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC
Two South Biscayne Boulevard
Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400

By:   */s/ Timothy A. Kolaya*
      TIMOTHY A. KOLAYA
      Florida Bar No. 056140
      tkolaya@sknlaw.com

*Co-Counsel for Defendants*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been electronically filed with the Clerk of the Court of the United States District Court for the Middle District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 18th day of March, 2024.

/s/ *Timothy A. Kolaya*
TIMOTHY A. KOLAYA